# BERNSTEIN LIEBHARD & LIFSHITZ, LLP
### ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
WWW.BERNLIEB.COM

STANLEY D. BERNSTEIN*
SANDY A. LIEBHARD
MEL E. LIFSHITZ
JEFFREY M. HABER
ROBERT J. BERG‡

ABRAHAM I. KATSMAN**
MARY U. HOOVER***
MICHAEL S. EGAN‡
JOSEPH R. SEIDMAN, JR.
GREGORY M. EGLESTON***

*ALSO ADMITTED IN FL
**ALSO ADMITTED IN NJ AND DC
***ALSO ADMITTED IN CT
‡ALSO ADMITTED IN NJ

OF COUNSEL
TIMOTHY J. MacFALL
REBECCA M. KATZ

NEW JERSEY OFFICE
2050 CENTER AVENUE
SUITE 200
FORT LEE, NEW JERSEY 07024
(201) 592-3201
FAX: (201) 461-9598

March 8, 2002

**BY FEDEX**

Hon. Arlene Rosario Lindsay
United States Magistrate Judge
United States District Court
  Eastern District of New York
200 Federal Plaza
Central Islip, New York 11722

RECEIVED

MAR 1 1 2002

TIME AM _____
       PM _____
CHAMBERS OF
Magistrate Judge Lindsay

Re: Meridian Investment Club, et al. v. Delta Financial Corp., et al.,
No. CV-99-7033 (DRK) DRH

Dear Magistrate Judge Lindsay:

We are one of the co-lead counsel representing the Lead Plaintiffs and the class in the referenced securities class action. We write on behalf of all counsel to this action, who have reviewed and approved the contents of this letter.

The parties have conferred and are actively discussing the possibility of resolving this matter through mediation. Thus, we hereby request a 30 day stay of the deadlines set forth in the November 26, 2001 scheduling order, so that the parties have adequate time to pursue their discussions.

Respectfully,

Jeffrey M. Haber

3/12/02
Application granted with respect to all [unclear] set forth

JMH/jdf

cc: Keith Fleischman, Esq. (by first class mail and facsimile)
    James L. Bernard, Esq. (by first class mail and facsimile)
    Jonathan G. Kortmansky, Esq. (by first class mail and facsimile)

MOVANT'S COUNSEL IS DIRECTED TO SERV[E]
OF THIS ORDER ON ALL PARTIES UPON RE[CEIPT]